then Solicitor General, and *Solicitor General Cummings* for the United States. *William Waller* for the Crescent Amusement Co. et al.; and *W. H. Mitchell* for the Muscle Shoals Theatres et al., appellees.

No. 233, Misc. CALIFORNIA TEXAS OIL CO., LTD. ET AL. *v.* KIRKLAND, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Leo T. Kissam, Lloyd N. Cutler* and *Albert E. Van Dusen* for the California Texas Oil Co., Ltd., *George S. Leisure* and *Goldthwaite H. Dorr* for the Socony-Vacuum Oil Co., Inc., *John T. Cahill* and *John F. Sonnett* for the Standard Oil Co. of California, *Oscar John Dorwin, S. A. L. Morgan* and *John J. Wilson* for the Texas Company, and *George W. Ray, Jr., John Noble* and *Lowell Wadmond* for the Arabian American Oil Co., movants. *Acting Solicitor General Stern, Acting Assistant Attorney General Clapp, Leonard J. Emmerglick* and *Ralph S. Spritzer* for the United States in opposition.

No. 242, Misc. WILLIAMS *v.* JACKSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 253, Misc. SYDOW *v.* GOLDEN, U. S. MARSHAL, ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Fyke Farmer* for petitioner.

No. 404. ORVIS ET AL. *v.* McGRANERY, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 2d Cir. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Donald Marks* for petitioners. *Acting Solici-*